**Order entered December 31, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01485-CV

## DANIEL K. HAGOOD, P.C. AND FITZPATRICK HAGOOD SMITH AND UHL, LLP, Appellants

## V.

## KUNAL KAPAI, Appellee

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-18-04027-D**

## ORDER

Before the Court is appellants' December 21, 2018 first unopposed motion for extension of time to file brief. Because this is an accelerated appeal, we **GRANT** the motion to the extent we **ORDER** the brief be filed no later than January 29, 2019. We caution that further extension requests will be disfavored.

/s/    DAVID EVANS
JUSTICE